IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMARILYS ARBOLEDA,<br>　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES,<br>　　　Defendant. | §<br>§<br>§　Civil Action No. 3:11-CV-0039-N<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court treats Plaintiff's Response to Defendant's Motion to Dismiss, filed May 20, 2011, as objections to the Magistrate Judge's Findings, Conclusions, and Recommendation. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**SIGNED** June 20, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE